# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2006

129840

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEROME SCOTT SAVOY,
      Defendant-Appellant.

SC: 129840
COA: 264148
Macomb CC: 02-004077-FC

_____/

      On order of the Court, the application for leave to appeal the September 12, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would hold this case in abeyance for *People v McCuller* (Docket No. 128161).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2006

_____
Clerk

p0524